# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2019

*The Court of Appeals hereby passes the following order*

## A20I0047. EMORY UNIVERSITY et al. v. MARY KAY WILLCOX, ADMINISTRATOR OF THE ESTATE OF CORLETT FLOYD EVANS.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

17A64939



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, September 19, 2019.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.